■ In the Matter of JORGE D. DELGADO, Appellant. COMMISSIONER OF LABOR, Respondent. [995 NYS2d 532]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 10, 2014, which, among other things, ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.